————FILED ————ENTERED
————LODGED————RECEIVED

NOV 1 5 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

TAUNTON WELSH                          :
                                       :
v.                                     :   Civil Action No. WMN-95-2399
                                       :
STATE OF MARYLAND                      :
et al.                                 :

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 15ᵗʰ day of November, 1999, by the United States District Court for the District of Maryland,

ORDERED:

1.   That Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (Paper No. 30) is hereby GRANTED;

2.   That this action is hereby CLOSED;

3.   That the Clerk of the Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

_____
William M. Nickerson
United States District Judge

NOV 1 5 1999